**Abatement Order filed May 5, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00063-CV
_____

### TIMOTHY JONES AND VELMA JONES, Appellant

### V.

### FROST BANK, Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2014-48702**

## ABATEMENT ORDER

Notice was filed on May 1, 2015, that appellants are in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on April 27, 2015, Timothy Jones and Velma Jones petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case numbers 15-32245 and 15-32106-H5-13, respectively. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the

appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM